UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**SHARINA JONES, Individually,**

      **Plaintiff,**

v.                                                               Case No.  2:17-cv-12808

**ROYAL OAK FOX III, LLC**
**A Limited Liability Company**

      **Defendant.**

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are in the process of finalizing the settlement and anticipate filing dismissal documents within fourteen (14) days.

Plaintiff requests that the Court adjourn all upcoming deadlines while the parties finalize this settlement.

Dated: April 13, 2018

                                              Respectfully Submitted,

                                              By: /s/ Pete M. Monismith_____
                                              Pete M. Monismith, Esq.
                                              3945 Forbes Ave., #175
                                              Pittsburgh, PA 15213
                                              Ph: 724-610-1881
                                              Fax: 412-258-1309
                                              Pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this the 13th day of April 2018.

By: /s/ Pete M. Monismith\_\_\_