UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SHARINA JONES, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.  2:17-cv-12808 |
| : | |
| **ROYAL OAK FOX III, LLC** : | |
| A Limited Liability Company : | |
| : | |
| **Defendant.** : | |
| _____ : | |

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ John J. Shinners
John J. Shinners
Attorney at Law
SHINNERS & ELLSWORTH, PLC
60 Harrow Lane, Ste 4
Saginaw, MI 48638
989-249-4900
jshinners@shinnersandellsworth.com

*Attorney for Defendant*

## **STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

1

**IT IS HEREBY ORDERED** that the above-entitled case is **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

s/George Caram Steeh
Honorable George Caram Steeh

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: May 14, 2018

/s/ John J. Shinners
John J. Shinners
Attorney at Law
SHINNERS & ELLSWORTH, PLC
60 Harrow Lane, Ste 4
Saginaw, MI 48638
989-249-4900
jshinners@shinnersandellsworth.com

*Attorney for Defendant*